# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 15-4192

_____

Filed: May 12, 2017

UNITED STATES OF AMERICA

     Plaintiff - Appellee

v.

ERROL DONTES KING

     Defendant - Appellant

1:14cr336-1
SL

## MANDATE

Pursuant to the court's disposition that was filed 03/30/2017 the mandate for this case hereby issues today.   Vacated and Remanded for re-sentencing.

COSTS:  None